IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARYANNE MCCAULEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:23-CV-00235 |
| 1901 SCHUETZ INVESTORS LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed August 24, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, 1901 SCHUETZ INVESTORS LLC, and this entire action, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on  AUGUST 24, 2023        .

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record